

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00197-CV

Marquita **FINLEY** and all other occupants,
Appellant

v.

**BEL THIRTY OAKS LP**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV01000
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: June 12, 2024

DISMISSED FOR WANT OF PROSECUTION

In this appeal from a forcible detainer judgment, the justice court found that Marquita Finley had forcibly detained the plaintiff's property. Finley appealed to the county court; it also found she had forcibly detained the property. Finley filed a notice of appeal in this court, and her brief was due on May 9, 2024.

After no brief or motion for extension of time to file the brief was received, on May 13, 2024, we ordered Finley to show cause in writing not later than May 24, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). In our order, we

warned Finley that if she failed to show cause in writing as ordered, this appeal would be dismissed without further notice.

To date, Finley has not filed a response to our May 13, 2024 order. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM